**LAW OFFICES OF MICHAEL LABRUM**
**MICHAEL D. LABRUM, SBN 284403**
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Michael@LabrumLaw.com
LabrumLaw.com
Phone: (805) 267-1171

Attorneys for Plaintiffs
Laura Monteleone and Thomas Monteleone

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA R. MONTELEONE (formerly known as Laura Ruano) and THOMAS A. MONTELEONE, <br><br> Plaintiffs, <br><br> vs. <br><br> JULIE ANN GOLDBERG, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:  2:25-cv-05557-GW-AGR <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A) OR (C)** |

PLEASE TAKE NOTICE that PLAINTIFFS hereby dismiss without the first amended complaint filed on July 2, 2025 (only). The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

Dated: July 7, 2025                    **LAW OFFICES OF MICHAEL LABRUM**


_____
                    Michael Labrum, Esq.
                  Attorneys for PLAINTIFFS

**PROOF OF SERVICE**

**VENTURA COUNTY, CALIFORNIA**

**[C.C.P. Section 1011; 1013(a)(1) & (3)]**

I declare that I am over the age of 18 and not a party to this action.  I am a resident of or employed in the county where the service took place.  My address is Law Offices of Michael Labrum, 2625 Townsgate Road, Suite 330, Westlake Village, California 91361.

On July 8, 2025, I served the following document described as:

**NOTICE OF DISMISSAL**

By serving the foregoing document by e-mail to Julie Ann Goldberg (ecf@goldbergimmigration.com ).

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is executed on July 8, 2025 in Camarillo, California.

*Dawn Hoaglund*
Dawn Labrum