JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MONTELEONE (formerly known as Laura Ruano) and THOMAS A. MONTELEONE,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JULIE ANN GOLDBERG, and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.: CV 25-5557-GW-AGRx<br><br>**ORDER GRANTING DEFENDANT JULIE ANN GOLDBERG'S MOTION FOR ATTORNEY'S FES [DKT. 32]** |

The Court issued a Tentative Ruling on Defendant Julie Ann Goldberg's Motion for Attorney's Fees [Dkt. 32] on December 16, 2025 [Dkt. 39]. On December 18, 2025, the Court conferred with counsel, adopted the Tentative Ruling as the Court's Final Ruling, and granted Defendant's Motion [Dkt. 41].

**IT IS HEREBY ORDERED THAT:**

1. The Court's Tentative Ruling [Dkt. 39] is **ADOPTED** as the Court's Final Ruling.

2. Defendant Julie Ann Goldberg's Motion for Attorney's Fees [Dkt. 32] is **GRANTED**.

3. Pursuant to California Code of Civil Procedure section 425.16(c)(1), Plaintiffs shall pay Defendant Julie Ann Goldberg attorney's fees in the amount of $21,297.50.

DATED: December 23, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE